**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | | |
|---|---|---|---|
| W.P., | | : | No. 400 EAL 2018 |
| | | : | |
| | Petitioner | : | |
| | | : | Petition for Allowance of Appeal from |
| | | : | the Order of the Superior Court |
| v. | | : | |
| | | : | |
| | | : | |
| Y.M., | | : | |
| | | : | |
| | Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.